**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PAUL KOCOUREK, INDIVIDUALLY and as
TRUSTEE OF THE PAUL KOCOUREK TRUST,
and ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,
                       Plaintiffs,

      -against-                               09 **CIVIL** 10163 (LAK)(FM)

**JUDGMENT**

RALPH W. SHRADER, C.G. APPLEBY,
SAMUEL R. STRICKLAND, DANIEL LEWIS,
BOOZ ALLEN HAMILTON INC.,
                       Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated June 12, 2019, defendants' motion to dismiss is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
         June 12, 2019

                                                   **RUBY J. KRAJICK**
                                                   Clerk of Court
                       **BY:**
                                                   **Deputy Clerk**